UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-25392 |
| Elaina Liva | Chapter: | 7 |
| | Judge: | Gambardella |

### NOTICE OF PROPOSED PRIVATE SALE

_____Steven P. Kartzman_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton
U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Rosemary Gambardella___ on ___March 30, 2021___ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, ___50 Walnut Street, Newark, NJ 07102___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  A town home located at 37 Sherwood Downs, Park Ridge, NJ 07656-2604. To be sold in arms length transaction for fair market value.

Proposed Purchaser:  Adam Bergenfeld and Kimberly Andron.

Sale price:  $450,000.00 less a $1,500.00 Seller's Concession towards Buyer's Closing Costs.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Vikki Healey Properties, LLC
Amount to be paid:  5%
Services rendered:  Real Estate Broker. To be shared equally with the agent for the purchasers, Zeal Realtors.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Steven A. Jayson

Address: Mellinger Kartzman LLC; 101 Gibraltar Ave, Suite 2F, Morris Plains, NJ 07950

Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Elaina Liva  
    Debtor

Case No. 19-25392-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 02, 2021      Form ID: pdf905      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaina Liva, 37 Sherwood Down, Park Ridge, NJ 07656-2604 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maywood, NJ 07607-1320 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maplewood, NJ 07607-1320 |
| 518398664 | + | American Express, 1801 NW 66th Ave., Fort Lauderdale, FL 33313-4571 |
| 518576000 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398666 | + | Applied Bank, c/o Credit Control LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 518398667 | + | Cap Call, c/o Tara N. Pomparelli, Esq., 122 East 42nd Street, Suite 2112, New York, NY 10168-2100 |
| 518398669 | + | Cardinal Health 110 LLC, c/o Keggler Brown Hill & Ritter, 65 E. State Street, Columbus, OH 43215-4213 |
| 518398668 | + | Cardinal Health 110 LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 518398670 | + | Cardinal Health 110 LLC, c/o Mitchell J. Malzberg, LLC, 6 E. Main Street, Ste. 7, Clinton, NJ 08809-2627 |
| 518398673 | + | Chase Auto Finance/JP Morgan, National Bankruptcy Dept., 201 N. Central Ave., MS AZ1-1191, Phoenix, AZ 85004-8001 |
| 518398677 | + | Chrysler Capital, Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 518422998 | + | Extreme Marine, 15600 Collins Ave., Miami Beach, FL 33154-1000 |
| 518517607 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518422999 | #+ | Jamie Liva, 11740 SW Bennington Cir., Port Saint Lucie, FL 34987-2716 |
| 518423000 | + | Jared D'Argenio, 13931 Packard Terr., Delray Beach, FL 33484-1543 |
| 518398679 | #+ | KML Law Group, P.C., ATTN: Kristina G. Murtha, Esq., 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518398680 | + | Liva, Jonathan, 2 14th Street, Apt. 1001, Hoboken, NJ 07030-6779 |
| 518398682 | + | MCA Fixed Payment/Merchants Capital, c/o Viraj P. Deshmukh, Thompson, O'Brien, IKamp & Nasuti PC, 40 Technology Pkwy. South, Ste. 300, Norcross, GA 30092-2924 |
| 518398681 | + | MCA Fixed Payments/Merchants Capital, 6901 Jericho Turnpike, Ste. 218, Syosset, NY 11791-4464 |
| 518398683 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 518398686 | + | PNC Bank, ATTN: Bankruptcy, 249 5th Avenue, Ste. 30, Pittsburgh, PA 15222-2707 |
| 518398688 | + | PNC Bank Credit Card, PO Box 5570, Mailstop BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 518398685 | + | Perla, Daniel, c/o Agentis PLLC, ATTN: Jake M. Greenberg, 55 Alhambra Plaza, Ste. 800, Coral Gables, FL 33134-5254 |
| 518398684 | + | Perla, Daniel, c/o Davidoff Law Firm PLLC, 228 East 45th Street, Ste. 1700, New York, NY 10017-3343 |
| 518423001 | + | R&S Pharmaceutical, 8407 Austin Tracy Road, Fountain Run, KY 42133-9606 |
| 518398690 | + | Sterling National Bank/Astoria Bank, 400 Rella Blvd., Montebello, NY 10901-4241 |
| 518398691 | + | U.S. Deptartment of Justice, Florida-Southern, 99 NE 4th Street, Ste. 300, Miami, FL 33132-2131 |
| 518398693 | + | United States Attorney General, United States Dept. of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518398665 | | Email/Text: bnc-applied@quantum3group.com | Mar 02 2021 20:35:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431-0966 |

| | | | | |
|---|---|---|---|---|
| 518398671 | + | Email/Text: bk.notifications@jpmchase.com | Mar 02 2021 20:35:00 | Chase Auto Finance, c/o National Recovery Group, PO Box 29505, Phoenix, AZ 85038-9505 |
| 518398672 | + | Email/Text: bk.notifications@jpmchase.com | Mar 02 2021 20:35:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 518398678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2021 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518398674 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 02 2021 21:40:51 | Chase Card, ATTN: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 518398675 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 02 2021 21:40:04 | Chase Card Services, Correspondence Dept., PO Box 15278, Wilmington, DE 19850 |
| 518398676 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 02 2021 21:40:04 | Chase Freedom, Cardmember Services, PO Box 15299, Wilmington, DE 19850 |
| 518398687 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2021 20:34:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 518614112 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2021 20:34:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518600591 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518398689 | + | Email/Text: collbknotices@sccu.com | Mar 02 2021 20:35:00 | Space Coast Credit Union, 8045 N. Wickham Road, Melbourne, FL 32940-7920 |
| 518398692 | + | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | United States Attonrey, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 02, 2021 | Form ID: pdf905 | Total Noticed: 44

Robert Link
    on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net
    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    kartztee@optonline.net
    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7