Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−25392−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaina Liva
   5 Horizon Road
   Apt. 2908
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−2919

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on April 21, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 86 − 77
Order Granting Motion re: To Perpetuate Testimony of Elaina Liva By Deposition. (Related Doc # 77). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/20/2021. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 21, 2021
JAN: car

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elaina Liva  
    Debtor

Case No. 19-25392-RG  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maywood, NJ 07607-1320 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maplewood, NJ 07607-1320 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Robert Link | on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com |
| Steven A. Jayson | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: orderntc | Total Noticed: 4 |

                    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net  jloewenstein@msklaw.net;donnaz@msklaw.net

Steven P. Kartzman
                    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net
                    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
                    kartztee@optonline.net
                    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8