**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven P. Kartzman, Esq.
Tel. (973) 267-0220
skartzman@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on May 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**ELAINA LIVA,**<br><br>      **Debtor.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No.: 19-25392 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

**CONSENT ORDER AUTHORIZING**
**CARVE-OUT FOR THE BENEFIT OF THE ESTATE**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 13, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge



Page 2 of 4
Debtor:    Elaina Liva
Case No.:  19-25392 (RG)
Caption:   Consent Order Authorizing Carve-Out for the Benefit of the Estate

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Court-appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Elaina Liva (the "Debtor"), by and through his attorneys Mellinger Kartzman LLC, on application for entry of a Consent Order for a carve-out to the Estate from the sale of the Debtor's real property located at 37 Sherwood Downs, Park Ridge, NJ (the "Property"); and PNC Bank ("PNC") having a mortgage against the Property; and PNC having asserted a lien against the Property; and PNC having agreed to a carve-out from the gross sale proceeds of the sale of the Property (the "Proceeds") for the benefit of the bankruptcy estate on the terms set forth herein, as appears from the signatures of counsel affixed hereto; it is hereby

ORDERED AS FOLLOWS:

1. By way of carve-out for the benefit of the Estate pursuant to 11 U.S.C. § 506(c), the amount due to PNC in satisfaction of its lien from the Proceeds of the sale of the Property shall be reduced to $23,500.00 from $31,588.00 (the "Carve-Out").

2. The Carve-Out herein shall be the Trustee's sole recovery of any surcharges under 11 U.S.C. § 506(c), and the Trustee shall not seek any other or additional recovery against PNC under 11 U.S.C. § 506(c).

3. The Trustee shall pay the sum of $23,500.00 to PNC promptly following the last to occur of entry of this Consent Order and satisfaction of paragraph 7 herein.

4. Nothing herein shall serve as a waiver by PNC of any deficiency claim or unsecured claim against the Estate.

5. The Debtor shall not be allowed an exemption as to the funds carved out for the benefit of the Estate under this Consent Order.



Page 3 of 4
Debtor: Elaina Liva
Case No.: 19-25392 (RG)
Caption: Consent Order Authorizing Carve-Out for the Benefit of the Estate

6. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

7. The terms of this Consent Order are subject to the Court's approval and the issuance of a Notice of Settlement (the "Notice") and the following:

    (a) If no objection to the Notice is filed, the issuance and docketing of a Certification of No Objection by the Clerk of the Bankruptcy Court; or

    (b) If any objection to the Notice is filed, the overruling of any such objection by this Court.

In the event that an objection to the settlement is filed and sustained, the parties shall be restored to their pre-settlement positions.

8. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

9. In the event that an objection to the settlement is filed and sustained, the parties shall be restored to their pre-settlement positions.

10. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

11. A copy of this Order shall be served on all interested parties within five (5) days from the date of entry.

Page 4 of 4
Debtor:      Elaina Liva
Case No.:   19-25392 (RG)
Caption:    Consent Order Authorizing Carve-Out for the Benefit of the Estate

*The undersigned hereby consent to the form and entry of the within Order:*

MELLINGER KARTZMAN LLC
*Attorneys for Trustee*

KML LAW GROUP, P.C.
Attorneys for PNC BANK

By: /s/ Steven P. Kartzman
    STEVEN P. KARTZMAN, ESQ.

By: *Denise Carlon*
    DENISE CARLON, ESQ.

Dated: April 29, 2021

Dated: April 28, 2021

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25392-RG |
| Elaina Liva | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Robert Link | on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 13, 2021 | Form ID: pdf903 | Total Noticed: 1

|  |  |
|---|---|
|  | jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;icalabrese@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net<br>jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;icalabrese@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8