UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-14226 (RG) |
| ELAINA LIVA, | Chapter: | 7 |
| Debtor. | Judge: | Rosemary Gambardella |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

<u>Steven P. Kartzman</u>, <u>Chapter 7</u> <u>Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on July 13, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

<u>Nature of action</u>: On September 22, 2006, the Divorce Court entered a Judgment liquidating the amounts owed by the Debtor's ex-husband to Ms. Liva through September 30, 2006 under the Divorce Judgment for $553,737.00. In 2019 the Debtor's ex-husband passed away. In early 2020, the Trustee entered a Consent Order with the Debtor resolving her claim to an exemption pursuant to 11 U.S.C. § 522(d)(10)(D) as to the support owed which allocated 80% of any recovery to the Debtor, after deduction of the costs of the recovery. In 2020 the Trustee timely filed two statements of claim against the Probate Estate on Debtor's behalf stemming from the Divorce ("Claim No. 35") and the 2006 Judgment ("Claim No. 32"). The Personal Representative of the Probate Estate formally objected to each statement of claim filed by the Trustee and the decedent's widow informally joined in these objections, and argued that she was the rightful beneficiary of the Inheritance Proceeds. The Trustee filed an *Independent Action Against Personal Representative of the Estate of Edward Liva, Jr. Upon Claims of Elaina Liva* (the "Independent Action") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. The Trustee asserted an equitable lien and/or constructive trust over the proceeds of the Decedent's inheritance from his father's estate, including the sum of $422,008.01 (the "Inheritance Proceeds"). The Personal Representative and the Beneficiary disputed the claims asserted by the Trustee against the Probate Estate. As of the mediation the Probate estate had accrued administrative expenses on account of legal fees, accounting fees, funeral expenses and the mediator's fee, estimated at a total of $45,000.00. The parties mediated the Trustee's claims for about seven hours and entered into a settlement agreement.

<u>Pertinent terms of settlement</u>:  The Trustee's equitable lien over the Inheritance Proceeds will be recognized. The Personal Representative is to turn over the Inheritance Proceeds to the Trustee, less a carveout of $50,000.00 from the Inheritance Proceeds in favor of the Probate Estate for administrative costs and fees which shall be deducted from the amounts turned over to the Trustee, and a carveout of the sum of $55,000.00 from the Inheritance Proceeds in favor of the Beneficiary (the "Beneficiary Carveout") in legal fees and to settle her claims as the sole beneficiary of the estate. Claim No. 32 will be allowed in an amount equal to $782,940.99 less the Inheritance Proceeds. Claim No. 35 will be allowed in an

> amount equal to $1,774,799.52. Within five (5) business days after the receipt of the Inheritance Proceeds by the Trustee in cleared funds, the Trustee shall dismiss the Independent Action with prejudice. All parties will release each other from any further liability. Given the uncertainty and complexity associated with the litigation, the Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name: Steven A. Jayson, Esq., Mellinger Kartzman LLC

Address: 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25392-RG |
| Elaina Liva | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf905 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibraltar Drive, Morris Plains, NJ 07950-1287 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maywood, NJ 07607-1320 |
| r | + | Vikki Healey Properties, 25 W. Pleasant Avenue, Maplewood, NJ 07607-1320 |
| acc | + | WithumSmith+Brown, PC, 200 Jefferson Park,, Suite 400, Whippany,, NJ 07981-1070 |
| 518398664 | + | American Express, 1801 NW 66th Ave., Fort Lauderdale, FL 33313-4571 |
| 518576000 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518398666 | + | Applied Bank, c/o Credit Control LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 518398667 | + | Cap Call, c/o Tara N. Pomparelli, Esq., 122 East 42nd Street, Suite 2112, New York, NY 10168-2100 |
| 518398668 | + | Cardinal Health 110 LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 518398669 | + | Cardinal Health 110 LLC, c/o Keggler Brown Hill & Ritter, 65 E. State Street, Columbus, OH 43215-4213 |
| 518398670 | + | Cardinal Health 110 LLC, c/o Mitchell J. Malzberg, LLC, 6 E. Main Street, Ste. 7, Clinton, NJ 08809-2627 |
| 518398673 | + | Chase Auto Finance/JP Morgan, National Bankruptcy Dept., 201 N. Central Ave., MS AZ1-1191, Phoenix, AZ 85004-8001 |
| 518398677 | + | Chrysler Capital, Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 518422998 | + | Extreme Marine, 15600 Collins Ave., Miami Beach, FL 33154-1000 |
| 518517607 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518423000 | + | Jared D'Argenio, 13931 Packard Terr., Delray Beach, FL 33484-1543 |
| 518398679 | #+ | KML Law Group, P.C., ATTN: Kristina G. Murtha, Esq., 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518398680 | + | Liva, Jonathan, 2 14th Street, Apt. 1001, Hoboken, NJ 07030-6779 |
| 518398682 | + | MCA Fixed Payment/Merchants Capital, c/o Viraj P. Deshmukh, Thompson, O'Brien, IKamp & Nasuti PC, 40 Technology Pkwy. South, Ste. 300, Norcross, GA 30092-2924 |
| 518398681 | + | MCA Fixed Payments/Merchants Capital, 6901 Jericho Turnpike, Ste. 218, Syosset, NY 11791-4464 |
| 518398683 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 518398686 | + | PNC Bank, ATTN: Bankruptcy, 249 5th Avenue, Ste. 30, Pittsburgh, PA 15222-2707 |
| 518398688 | + | PNC Bank Credit Card, PO Box 5570, Mailstop BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 518398685 | + | Perla, Daniel, c/o Agentis PLLC, ATTN: Jake M. Greenberg, 55 Alhambra Plaza, Ste. 800, Coral Gables, FL 33134-5254 |
| 518398684 | + | Perla, Daniel, c/o Davidoff Law Firm PLLC, 228 East 45th Street, Ste. 1700, New York, NY 10017-3343 |
| 518423001 | + | R&S Pharmaceutical, 8407 Austin Tracy Road, Fountain Run, KY 42133-9606 |
| 518398690 | + | Sterling National Bank/Astoria Bank, 400 Rella Blvd., Montebello, NY 10901-4241 |
| 518398691 | + | U.S. Deptartment of Justice, Florida-Southern, 99 NE 4th Street, Ste. 300, Miami, FL 33132-2131 |
| 518398693 | + | United States Attorney General, United States Dept. of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 518398665 | | Email/Text: bnc-applied@quantum3group.com | Jun 04 2021 21:16:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431-0966 |
| 518398671 | + | Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | Chase Auto Finance, c/o National Recovery Group, PO Box 29505, Phoenix, AZ 85038-9505 |
| 518398672 | + | Email/Text: bk.notifications@jpmchase.com | Jun 04 2021 21:15:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 518398678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2021 21:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518398674 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 04 2021 21:11:52 | Chase Card, ATTN: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 518398675 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 04 2021 21:10:46 | Chase Card Services, Correspondence Dept., PO Box 15278, Wilmington, DE 19850 |
| 518398676 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 04 2021 21:11:51 | Chase Freedom, Cardmember Services, PO Box 15299, Wilmington, DE 19850 |
| 518398687 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 518614112 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 04 2021 21:14:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518600591 | | Email/Text: bnc-quantum@quantum3group.com | Jun 04 2021 21:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518398689 | + | Email/Text: collbknotices@sccu.com | Jun 04 2021 21:15:00 | Space Coast Credit Union, 8045 N. Wickham Road, Melbourne, FL 32940-7920 |
| 518398692 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | United States Attonrey, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518422999 | ##+ | Jamie Liva, 11740 SW Bennington Cir., Port Saint Lucie, FL 34987-2716 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Robert Link | on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8