**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on July 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**ELAINA LIVA,**<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 19-25392 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |

<u>**CONSENT ORDER EXTENDING THE STATUTE OF LIMITATIONS**</u>
<u>**UNDER 11 U.S.C. §§ 108, 546(a), 549(a), AND FED. R. BANKR. P. 9001(b)**</u>

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 29, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: ELAINA LIVA
Case No.: 19-25392-RG
Caption: Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1)

---

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, for the entry of a consent order extending the statutes of limitations under 11 U.S.C. §§ 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1), and the Trustee, having agreed to amicably resolve the issue of an extension of the statute of limitations on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. The statute of limitation under 11 U.S.C. § 108(a) shall be and is hereby extended to and including and including September 8, 2021.

2. The statute of limitations under 11 U.S.C. § 546(a) shall be and hereby is extended to and including September 8, 2021.

3. The statute of limitations under 11 U.S.C. § 549(a) shall be and hereby is extended to and including September 8, 2021.

4. Jamie Willard shall not be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. §§ 108, 546, or 549, in an action commenced by the Trustee against Jamie Willard after August 7, 2021, and on or before September 8, 2021.

5. Entry of this Order is without prejudice to the Trustee's right to seek further extensions of the statute of limitation under 11 U.S.C. §§ 108, 546, or 549 and without prejudice to Jamie Willard's rights to object to same.

6. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.

Page 3 of 3
Debtor:      ELAINA LIVA
Case No.:    19-25392-RG
Caption:     Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1)

---

*The undersigned hereby consent to*
*the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**                     **LEVITT & SLAFKES, P.C.**
*Attorneys for Steven P. Kartzman*             *Attorneys for Jamie Willard*
*Chapter 7 Trustee*

By: _____*Steven A. Jayson*_____          By: _____*/s/ BL*_____
    STEVEN A. JAYSON, ESQ.                         BRUCE LEVITT, ESQ.

Dated: July 20, 2021                           Dated: July 19, 2021