**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
**Steven P. Kartzman, Esq.**
skartzman@msklaw.net
*Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee/ Plaintiff*

Order Filed on August 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **ELAINA LIVA**, | Case No.: 19-25392 (RG) |
| Debtor. | Chapter 7 |
| | Hearing Date: August 17, 2021 at 10:00 am |
| | Judge: Honorable Rosemary Gambardella |

**ORDER GRANTING ALLOWANCES ON FIRST AND FINAL PETITION
FOR COMPENSATION TO SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following page(s), number two (2) is hereby **ORDERED:**

**DATED: August 24, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Elaina Liva
Case No.: 19-25392
Caption of Order: Order Granting Allowances on First and Final Petition for Compensation to special Counsel for Chapter 7 Trustee

The court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | $25,415.00 | $542.34 |