LEVITT & SLAFKES, P.C.
515 Valley Street
Suite 140
Maplewood, New Jersey 07040
T: (973) 313-1200
F: (973) 313-1240
E: blevitt@lsbankruptcylaw.com
By: Bruce H. Levitt (BL9302)
Attorneys for Jamie Willard

Order Filed on January 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| ELAINA LIVA, | : Case No.: 19-25392 |
| Debtor. | : STIPULATION AND<br>: PROTECTIVE ORDER |

The relief set forth on the following pages is Ordered.

DATED: January 13, 2022

Honorable Rosemary Gambardella
United States Bankruptcy Judge

IT IS HEREBY STIPULATED AND AGREED, by and between Steven P. Kartzman, Chapter 7 Trustee ("the Trustee") and Jamie Willard ("Willard"), by and through their undersigned counsel, as follows:

1. Willard will produce to the Trustee 2019 and 2020 federal income tax returns for W Executive Suites, LLC and W Executive Suites II, LLC (hereinafter referred to as "the tax returns").

2. The Trustee and his professionals shall review the tax returns solely in connection with his review of Willard's finances in connection with a possible settlement of claims to be asserted against her on behalf of the Elaina Lava bankruptcy estate and not for any other purpose.

3. Neither the tax returns, nor the contents thereof, shall be shared with any other party.

4. Neither the tax returns, nor the contents thereof, shall be filed or shared with the court.

5. Within thirty (30) days of production of the tax returns to the Trustee, the Trustee and his professionals shall destroy the tax returns and shall not retain any copies either in document or electronic form.

6. The terms of this Stipulation of Confidentiality shall remain in effect and the undersigned parties shall be bound thereunder unless and until said terms are modified by

Stipulation or Order of the Court.

7. The undersigned counsel affirm that they have discussed this Stipulation of Confidentiality with their respective clients and made their respective clients aware of their confidentiality obligations hereunder.

| MELLINGER KARTZMAN LLC | LEVITT & SLAFKES, P.C. |
| Attorneys for Trustee | Attorneys for Jamie Willard |

By: *Steven A. Jayson*
    Steven A. Jayson

By: *Bruce H. Levitt*
    Bruce H. Levitt

Dated: January 3, 2022

United States Bankruptcy Court
District of New Jersey

In re:  
Elaina Liva  
    Debtor

Case No. 19-25392-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 13, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

**Name**     **Email Address**

Anthony Sodono, III  
    on behalf of Debtor Elaina Liva asodono@msbnj.com

Bruce H Levitt  
    on behalf of Interested Party Jamie Willard blevitt@levittslafkes.com  
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon  
    on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Judah B Loewenstein  
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net  
    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Robert Link  
    on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com

Steven A. Jayson
: on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
: on behalf of Trustee Steven P. Kartzman kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
: kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
: on behalf of Spec. Counsel Stearns Weaver Miller Weissler Alhadeff & Sitterson  P.A. kartztee@optonline.net,
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
: USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10