Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19–25392–RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaina Liva
   5 Horizon Road
   Apt. 2908
   Fort Lee, NJ 07024

Social Security No.:
   xxx–xx–2919

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Notice of Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Consent Order Resolving Debtor's Exemption Claim Pursuant to 11 U.S.C. § 522

Dated: February 2, 2022
JAN: sjp

                                 Jeanne Naughton
                                 Clerk