Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25392–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elaina Liva
  5 Horizon Road
  Apt. 2908
  Fort Lee, NJ 07024

Social Security No.:
  xxx–xx–2919

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:　　3/8/22
Time:　　10:00 AM
Location:　Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

　　The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney

COMMISSION OR FEES
$146,651.00

EXPENSES
$1,470.56

If this is a chapter 13 case, the fees and expenses awarded:

　　☐　will not reduce the amount to be paid to general unsecured
　　　　creditors under the plan.

　　☐　will reduce the amount to be paid to general unsecured
　　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 10, 2022
JAN: car

                                                                               Jeanne Naughton
                                                                               Clerk