**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on February 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **ELAINA LIVA,** | Case No.: 19-25392 (RG) |
| **Debtor.** | Chapter 7 |
| | Honorable Rosemary Gambardella |

**CONSENT ORDER RESOLVING
DEBTOR'S EXEMPTION CLAIM
PURSUANT TO 11 U.S.C. § 522**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 10, 2022**

*Honorable Rosemary Gambardella
United States Bankruptcy Judge*

Debtor:     Elaina Liva
Case No.:   19-25392 (RG)
Caption:    Consent Order Resolving Debtor's Exemption Claim Pursuant to 11 U.S.C. § 522

---

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Court-appointed Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, on application for entry of a Consent Order resolving the Debtor's Exemption Claim, and all parties with an interest having been properly served, and the Trustee and the Debtor, Elaina Liva (the "Debtor"), having agreed to amicably resolve the issues between the estate and the Debtor on the terms set forth herein, as appears from the signatures of counsel and the Debtor affixed hereto, it is hereby

ORDERED AS FOLLOWS:

1. With respect to the provisions of Paragraph 4 of the Consent Order Resolving Trustee's Objection to Property Claimed as Exempt entered on January 2, 2020 at DKT 36, the Trustee shall remit the sum of $48,878.80 to the Debtor following receipt of the settlement funds pursuant to the Settlement Agreement approved by the Court by Order entered on July 20, 2021 at DKT 118.

2. The remainder of the funds due to the Debtor pursuant to the Consent Order entered on January 2, 2020, shall instead be remitted to the United States of America, upon the receipt and clearance of said settlement funds, in exchange for a release of the restitution lien held by the United States of America as against property of the estate. Said lien was recorded by the United States of America against Elaina Liva a/k/a Elaina Maria Gulino a/k/a Elaina Gulino a/k/a Elaina G. Liva, on May 3, 2019, by the Bergen County Clerk, in Book No. 03234 at Page No. 0408 (the "Restitution Lien").

3. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

Debtor:    Elaina Liva
Case No.:  19-25392 (RG)
Caption:   Consent Order Resolving Debtor's Exemption Claim Pursuant to 11 U.S.C. § 522

---

4. The terms of this Consent Order are subject to the Court's approval and the issuance of a Notice of Settlement (the "Notice") and the following:

   (a) If no objection to the Notice is filed, the issuance and docketing of a Certification of No Objection by the Clerk of the Bankruptcy Court; or

   (b) If any objection to the Notice is filed, the overruling of any such objection by this Court.

In the event that an objection to the settlement is filed and sustained, the parties shall be restored to their pre-settlement positions.

5. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

6. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

*The undersigned hereby consent to*
*the form and entry of the within Order:*

MELLINGER KARTZMAN LLC
*Attorneys for Trustee*

By: _____
    STEVEN A. JAYSON, ESQ.

Dated: September __, 2021

MCMANIMON, SCOTLAND & BAUMANN, LLC
*Attorneys for the Debtor, Elaina Liva*

By: _____
    ANTHONY SODONO, III

Dated: September __, 2021

By: _____
    ELAINA LIVA

Dated: September __, 2021