**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on February 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>**ELAINA LIVA,**<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 19-25392 (RG)<br><br>Chapter 7<br><br>Honorable Rosemary Gambardella |
|---|---|

**CONSENT ORDER EXTENDING THE STATUTE OF**
**LIMITATIONS UNDER 11 U.S.C. §§ 108, 546(a), 549(a), AND**
**F**ED**. R. B**ANKR**. P. 9001(b) AS TO JAMIE WILLARD**

The relief set forth on the following pages numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: February 10, 2022**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Debtor:     ELAINA LIVA
Case No.:   19-25392-RG
Caption:    Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1)

---

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman LLC, on Application for the entry of a consent order extending the statutes of limitations under 11 U.S.C. §§ 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1), and the Trustee and Jamie Willard having agreed to amicably resolve the issue of an extension of the statute of limitations on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS**:

1. The statute of limitation under 11 U.S.C. § 108(a) shall be and is hereby extended to and including and including March 15, 2022.

2. The statute of limitations under 11 U.S.C. § 546(a) shall be and hereby is extended to and including March 15, 2022.

3. The statute of limitations under 11 U.S.C. § 549(a) shall be and hereby is extended to and including March 15, 2022.

4. Jamie Willard shall not be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. §§ 108, 546, or 549, in an action commenced by the Trustee against Jamie Willard after August 7, 2021, and on or before March 15, 2022.

5. Entry of this Order is without prejudice to the Trustee's right to seek further extensions of the statute of limitation under 11 U.S.C. §§ 108, 546, or 549 and without prejudice to Jamie Willard's rights to object to same.

6. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.

Page 3 of 3
Debtor:      ELAINA LIVA
Case No.:    19-25392-RG
Caption:     Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 544(a), 546(a), 549(a), and FED. R. BANKR. P. 9006(b)(1)

*The undersigned hereby consent to
the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**       **LEVITT & SLAFKES, P.C.**
*Attorneys for Steven P. Kartzman*      *Attorneys for Jamie Willard*
*Chapter 7 Trustee*

By: _Steven A. Jayson_      By: _/s/ Bruce Levitt_
     STEVEN A. JAYSON, ESQ.      BRUCE LEVITT, ESQ.

Dated: February 1, 2022      Dated: February 1, 2022

United States Bankruptcy Court
District of New Jersey

In re:  
Elaina Liva  
    Debtor

Case No. 19-25392-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 10, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Bruce H Levitt | on behalf of Interested Party Jamie Willard blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Robert Link | on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Spec. Counsel Stearns Weaver Miller Weissler Alhadeff & Sitterson  P.A. Trustee@msklaw.net,
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11