UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

**Order Filed on March 9, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**ELAINA LIVA**

**Debtor.**

Case No. 19-25392-RG

Chapter 7

Hearing Date:   March 8, 2022 @ 10:00 a.m.

Judge: Honorable Rosemary Gambardella

**ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ATTORNEYS FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: March 9, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Elaina Liva

Case No.: 19-25392-RG

Caption of Order: Order Granting Allowances on First Petition for Compensation

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – Florida Probate Estate) | $51,737.00 | $102.40 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – General) | $94,914.00 | $1368.16 |