---

UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

In Re:

**ELAINA LIVA**

                **Debtor.**

---

Order Filed on March 9, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-25392-RG

Chapter 7

Hearing Date:   March 8, 2022 @ 10:00 a.m.

Judge: Honorable Rosemary Gambardella

**ORDER GRANTING ALLOWANCES ON
FIRST INTERIM PETITION FOR
COMPENSATION TO ATTORNEYS
FOR CHAPTER 7 TRUSTEE**

    The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: March 9, 2022**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor:               Elaina Liva

Case No.:             19-25392-RG

Caption of Order:     Order Granting Allowances on First Petition for Compensation

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – Florida Probate Estate) | $51,737.00 | $102.40 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – General) | $94,914.00 | $1368.16 |

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 19-25392-RG
Elaina Liva | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Mar 09, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

**Name**      **Email Address**

Anthony Sodono, III
     on behalf of Debtor Elaina Liva asodono@msbnj.com

Bruce H Levitt
     on behalf of Interested Party Jamie Willard blevitt@levittslafkes.com
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon
     on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Judah B Loewenstein
     on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
     sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Robert Link
     on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Spec. Counsel Stearns Weaver Miller Weissler Alhadeff & Sitterson  P.A. Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11