UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Elaina Liva,<br>                    Debtors. | Case No.:    19-25392 RG<br>Chapter:      7<br>Judge:        Rosemary Gambardella |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on May 17, 2022, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  The Trustee alleged that Jamie Willard ("Willard") received pre-petition transfers from the Debtor totaling $207,145.34. The Trustee asserts that the transfers constitute fraudulent transfers and that same are subject to avoidance under 11 U.S.C. §§ 544 and 548 and should be returned to the estate. Willard asserts defenses to these claims, is now a Florida resident, and alleges the lack of an ability to pay a judgment.

Pertinent terms of settlement: Willard shall pay the sum of $8,000.00 (the "Settlement Amount") to the Trustee, in resolution of the estate's claims against Willard. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery. The Trustee is also cognizant on the burdens occasioned by the need to collect a judgment from a Florida resident.

Objections must be served on, and requests for additional information directed to:

Name:            Steven A. Jayson, Esq.

Address:         101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220