Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25392–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elaina Liva
  5 Horizon Road
  Apt. 2908
  Fort Lee, NJ 07024

Social Security No.:
  xxx–xx–2919

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Consent Order Resolving Claim for Avoidance of Fraudulent Transfers Made by Elaina Liva to Jamie Willard Pursuant to 11 U.S.C. §§ 544 and 548

Dated: May 11, 2022
JAN: sjp

                                                                        Jeanne Naughton
                                                                        Clerk