UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mellinger Kartzman LLC
101 Gibraltar Drive
Suite 2F
Morris Plains, NJ 07950
By: Steven A. Jayson, Esq.
Attorneys for Steven P. Kartzman,
as Chapter 7 Trustee

Order Filed on August 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elaina Liva,
       Debtor.

Case No.: 19-25392 (RG)

Chapter: 7

Judge: Gambardella

## ORDER AUTHORIZING RETENTION OF

Davis & Brusca, LLC, Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: August 2, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Davis & Brusca, LLC_____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   Princeton South Corporate Center

   100 Charles Ewing Blvd., Suite #150

   Ewing, NJ 08628

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s). However, the Estate may pay the initial cost retainer and the post acceptance cost retainer as described in the Application for Retention.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25392-RG |
| Elaina Liva | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elaina Liva, 5 Horizon Road, Apt. 2908, Fort Lee, NJ 07024-6649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Debtor Elaina Liva asodono@msbnj.com |
| Bruce H Levitt | on behalf of Interested Party Jamie Willard blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Robert Link | on behalf of Creditor Sterling National Bank successor by merger to Astoria Bank blink@msgrb.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven A. Jayson
 on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
 on behalf of Spec. Counsel Stearns Weaver Miller Weissler Alhadeff & Sitterson  P.A. Trustee@msklaw.net, nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11