**MS&B** McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

**Anthony Sodono, III**
**Direct: (973) 721-5038**
asodono@msbnj.com
52806-001

November 30, 2022

<u>**Via Email and ECF**</u>
Honorable Rosemary Gambardella
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Fl.
Newark, NJ  07102

      Re:    **Elaina Liva**
               **Ch. 7; Case No. 19-25392 (RG)**
              **Objection to Trustee's Application Retention of Sklar Law, LLC**
              **(Doc. No. 191)**

Dear Judge Gambardella:

      This firm represents Ms. Elaina Liva, debtor in the captioned matter.

      Please accept this objection to the Chapter 7 Trustee's ("Trustee") application seeking to retain Sklar Law, LLC ("Sklar") (Doc. 191). The Trustee's application is cryptic in that it merely seeks to retain Sklar to prepare an affidavit of merit regarding a malpractice action. The Trustee does not disclose to whom the affidavit is directed nor what the cause of action is. Further, there is no discussion of a cost/benefit analysis to determine if there will be any benefit to the estate.

      The Trustee has refused a phone call to discuss this matter. In an email exchange, the Trustee merely says it is against Roger Serruto, Esq. and refused to provide any basis therefore. It is critical for the debtor to determine if creditors will be paid and how much. The Trustee should not be permitted to retain Sklar unless he can justify that parties other than administrative claims would be paid from any malpractice proceeds. That is *not* a benefit to the estate. Accordingly, the debtor objects to the Sklar retention until the Trustee provides more details on any potential litigation.

      Thank you for the Court's courtesy and consideration.

                                             Respectfully submitted,

                                             */s/ Anthony Sodono, III*

                                             Anthony Sodono, III