Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25392−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaina Liva
   5 Horizon Road
   Apt. 2908
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−2919

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/13/22 at 10:00 AM

to consider and act upon the following:

*192* − Objection to (related document:191 Application For Retention of Professional Sklar Law, LLC as Expert Witness Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 11/22/2022. (Attachments: # 1 Certification of Professional in Support of Application for Retention of Professional # 2 Proposed Order Authorizing Retention of Sklar Law, LLC, as an Expert Witness # 3 Certificate of Service) filed by Trustee Steven P. Kartzman) filed by Anthony Sodono III on behalf of Elaina Liva. (Sodono, Anthony)

Dated: 11/30/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court