# MELLINGER KARTZMAN LLC
## ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

Tel: (973) 267-0220
Fax: (973) 267-3979

LOUIS P. MELLINGER
STEVEN P. KARTZMAN
JUDAH B. LOEWENSTEIN                  www.msklawyers.com
STEVEN A. JAYSON
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN

Electronic Mail:
skartzman@msklaw.net
jloewenstein@msklaw.net
sjayson@msklaw.net

December 9, 2022

**VIA ECF**
Honorable Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street, 3rd Floor
Newark, New Jersey 07102

> **Re:    Elaina Liva**
> **Case No.:  19-25392-RG**

Dear Judge Gambardella:

This firm represents Steven P. Kartzman, as Chapter 7 Trustee, in the above-referenced bankruptcy proceeding.

Please allow this correspondence to confirm that the Trustee's Application For Retention of Professional Sklar Law, LLC as Expert Witness presently scheduled to be heard on December 20, 2022 is respectfully requested that same be adjourned to January 10, 2023 at 10:00 a.m. with the consent of Debtor's counsel

Thank you.

Respectfully submitted,

STEVEN A. JAYSON, ESQ.

cc:    Anthony Sodono, III, Esq. (*via ECF notification*)
       Sari Placona, Esq. (*via ECF notification*)