**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel to the Debtor, Elaina Liva*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>  ELAINA LIVA,<br><br>                    Debtor. | Case No. 19-25392 (RG)<br><br>Chapter 7 |

**NOTICE TO WITHDRAW**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for the Debtor, hereby withdraw the Objection to the Chapter 7 Trustee's Application Seeking to Retain Sklar Law, LLC, filed on November 30, 2022 [Docket No. 192].

Dated: December 20, 2022

                              **McMANIMON, SCOTLAND**
                              **& BAUMANN, LLC**
                              *Counsel for Debtor, Elaina Liva*

                    By:   */s/ Anthony Sodono, III*
                              Anthony Sodono, III