Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25392–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaina Liva
   5 Horizon Road
   Apt. 2908
   Fort Lee, NJ 07024

Social Security No.:
   xxx–xx–2919

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I Susan Zive , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: Resolving Debtor's Exemption Claim for Alimony and Support and the U.S. Restitution Lien.

Dated: February 22, 2023
JAN: smz

                                                    Jeanne Naughton
                                                    Clerk