UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on March 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ELAINA LIVA**

**Debtor.**

Case No. 19-25392-RG

Chapter 7

Hearing Date: February 28, 2023 @ 10:00 a.m.

Judge: Honorable Rosemary Gambardella

**ORDER GRANTING ALLOWANCES ON
SECOND INTERIM PETITION FOR
COMPENSATION TO MELLINGER
KARTZMAN LLC, ATTORNEYS FOR
THE CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: March 1, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor:                  Elaina Liva

Case No.:                19-25392-RG

Caption of Order:        Order Granting Allowances on Second Interim Application for Compensation
_____


      The Court finds that the persons named below filed applications for allowances; notice and

opportunity for hearing were given to creditors and other parties in interest as required; and for good

shown,

      ORDERED that compensation and expenses are allowed as follows:


| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – General) | $22,212.00 | $105.37 |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee – Florida Probate Estate) | $976.50 | $-0- |