| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br> DISTRICT OF NEW JERSEY<br>NEWARK DIVISION | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN KARTZMAN<br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive Suite 2F<br>Morris Plains, NJ 07950<br>(973) 267-0220<br>Chapter 7 Trustee | Order Filed on July 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LIVA, ELAINA<br><br><br>Debtor(s) | Case No. 19-25392 |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 9, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
Debtor: LIVA, ELAINA
Case No.: 19-25392
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $<u>44,806.46</u> is reasonable compensation for the services in this case by STEVEN KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $<u>0.00</u> is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.